**William Morris RISBY, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**No. 05–10513. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Feb. 23, 2006.

William M. Risby, Seagoville, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

William Morris Risby, federal prisoner # 31495–077, has filed an application for leave to proceed in forma pauperis (IFP) on appeal, following the denial of his motion for appointment of counsel in a civil action seeking the return of seized property. We must examine the basis of our jurisdiction sua sponte if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir. 1987).

Generally, this court's jurisdiction is limited to final decisions of district courts. 28 U.S.C. § 1291. The denial of appointed counsel does not conclude litigation and is therefore not a final decision. *Marler v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Adonis Health Prods.*, 997 F.2d 1141, 1142 (5th Cir.1993). Risby's case is a civil action against the Government. *Pena v. United States*, 122 F.3d 3, 4 (5th Cir.1997). As such, this court does not have jurisdiction over an interlocutory order denying appointment of counsel. *See Marler*, 997 F.3d at 1143. Accordingly, the appeal is DISMISSED for lack of jurisdiction. Risby's motion for leave to proceed IFP on appeal is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.